UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MEISLIN, NED MEISLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HAWTHORNE, CHIEF STEVEN PORT, OFFICER PETER GOETZ, OFFICER CHRIS HOFFMAN, OFFICER KNAUSE, OFFICER ARIAS, individually and as peace officers, COUNTY OF LOS ANGELES, KUMARI GOSSAI, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CV06-6692 GW(FFMx)<br>*[Transferred to Judge George Wu in Dept. 10]*<br><br>[~~PROPOSED~~]<br><br>**JUDGMENT**<br><br>[Complaint filed: 10/20/06] |

This action came on for hearing before this Court on April 21, 2008 and June 5, 2008, the Honorable George H. Wu, District Judge Presiding, on a Motion for Summary Judgment by defendants COUNTY OF LOS ANGELES and KUMARI GOSSAI. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that plaintiffs KATHERINE MEISLIN and NED MEISLIN take

1  nothing, that the action be dismissed on the merits and that defendants COUNTY OF
2  LOS ANGELES and KUMARI GOSSAI recover their costs.
3
4  Dated: *July 31*, 2009                                    _____
                                                              Hon. George H. Wu
5                                                             United States District Court Judge
6
7
8  Submitted By:
9  L. Trevor Grimm, Esq. (State Bar No. 186801)
   MANNING & MARDER
10 KASS, ELLROD, RAMIREZ LLP
   15th Floor at 801 Tower
11 801 South Figueroa Street
   Los Angeles, California 90017
12 Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
13 ltg@mmker.com
14 Attorneys for Defendants
   COUNTY OF LOS ANGELES and KUMARI GOSSAI
15
16
17
18
19
20
21
22
23
24
25
26
27
28