**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MEISLIN, NED MEISLIN,<br><br>                  Plaintiffs,<br><br>vs.<br><br>CITY OF HAWTHORNE, CHIEF STEVEN PORT, OFFICER PETER GOETZ, OFFICER CHRIS HOFFMAN, OFFICER KNAUSE, OFFICER ARIAS, individually and as peace officers, COUNTY OF LOS ANGELES, KUMARI GOSSAI, and DOES 1 to 10, inclusive,<br><br>                  Defendants.<br>_____ | Case No.: CV 06-6692-GW(FFM)<br><br>*[Transferred to Judge George Wu in Dept. 10]*<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT KUMARI GOSSAI**<br><br>**Fed. R.Civ. P. 41(a)(1)(A)(ii)**<br><br>**[Stipulation To Dismiss Filed Concurrently Herewith]** |

**ORDER**

       IT HEREBY IS ORDERED that this matter be dismissed with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), as to the only remaining defendant, KUMARI GOSSAI.

Dated: January 28, 2013

                                                             Hon. George H. Wu<br>
                                            United States District Judge

Respectfully Submitted By:
L. Trevor Grimm, Esq. (SBN 186801)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, California  90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
ltg@manningllp.com

Attorneys for Defendant
KUMARI GOSSAI